IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRIECE DAVIS                                                    PLAINTIFF

VS.                                          CIVIL NO. 1:12CV203-MPM-DAS

MID-SOUTH PROPANE                                               DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated June 6, 2015, was on duly served on the plaintiff on June 12, 2015 via United States Mail, postage prepaid; that the report and recommendation provided that the objections to the report and recommendation were due not later than June 30, 2015, that the time for doing so now having expired, no objection thereto has been filed by the parties.  The court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.  It is, therefore,

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 9, 2015, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the court.

2. That this action is hereby dismissed without prejudice for failure to prosecute.

THIS the 1st day of July, 2015.


/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI